AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ALLEN CUTLER,

_____ )
*Plaintiff* )
v. )           Civil Action No.   2:15-cv-3090-FVS
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
)
_____
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Plaintiff's Objections to Magistrate Judge Dimke's Report and Recommendation (ECF No. 20) are OVERRULED.
The Report and Recommendation (ECF No. 19) is ADOPTED in its entirety.
Defendant's Motion for Summary Judgment (ECF No. 15) is GRANTED.
Plaintiff's Motion for Summary Judgment (ECF No. 12) is DENIED.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Fred Van Sickle _____ on a
Report and Recommendation (ECF No. 19), and on Motions for Summary Judgment (ECF Nos. 12 and 15).

Date:  8/30/2016 _____         *CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Lennie Rasmussen
_____
*(By) Deputy Clerk*

Lennie Rasmussen
_____